IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,
D.O.C. # 277718,

    Plaintiff,

v.                                            CASE NO. 4:07-cv-00531-MP-WCS

DIANE CARR, Secretary, Florida
Department of Professional Regulation,
MARY GLOVER, Felony Trial Division,
and GOVERNOR CHARLIE CRIST,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim upon which relief may be granted, and for failure to pay the filing fee at the time of case initiation. The Magistrate Judge filed the Report and Recommendation on Tuesday, January 8, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

       Because Plaintiff is not in imminent danger of serious injury, the Court agrees with the Magistrate that Plaintiff–who has three prior "strikes"–is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915, and that Plaintiff had to pay the filing fee when he filed his complaint. Furthermore, the Court also agrees with the Magistrate that this case should also be dismissed as frivolous even without resolution of the filing fee, since Plaintiff seeks relief

*Page 2 of 2*

beyond the power of the federal courts. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 3, is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to state a claim upon which relief may be granted and for failure to pay the filing fee at the time of case initiation.

**DONE AND ORDERED** this _7th_ day of February, 2008

<em>s/Maurice M. Paul</em><br>Maurice M. Paul, Senior District Judge